

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                   | §  |                          |
|-------------------|----|--------------------------|
| IN RE             | §  | No. 08-23-00256-CV       |
|                   | §  |                          |
| JUAN ESPARZA,     | §  | AN ORIGINAL PROCEEDING   |
|                   | §  |                          |
| Relator.          | §  | IN MANDAMUS              |
|                   | §  |                          |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Annabell Perez, presiding judge of the 41st Judicial District Court of El Paso County, Texas, and concludes that mandamus relief should be conditionally granted. Therefore, in accordance with the opinion issued this same date, we direct the trial court to vacate its scheduling order of September 21, 2023, which set a trial date of May 10, 2024, while it also limited the designation of expert witnesses, with one exception, to those disclosed as of November 8, 2022, or the date of mistrial. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 26TH DAY OF APRIL 2024.


GINA M. PALAFOX, JUSTICE

Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (Sitting by Assignment)